DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUY MORTIMER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0821

[December 28, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 07-12912CF10C.

Daniel Tibbett of Daniel J. Tibbett, P.A., Miami, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***